UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:                                   Case No. 07-45642-WS
Derek D. Anthony and
Patrina R. Anthony,                                Chapter 7

                                                       Judge Walter Shapero

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

      The attached check in amount of $939.85 represents the total sum of unclaimed and small dividends in the estate and is paid to the court pursuant to 11 U.S.C Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Wilshire Credit Corporation<br>PO Box 1650<br>Portland, OR 97207-1650 | 4-3 | $939.85 |

Date: June 7, 2011                              /s/ Mark H. Shapiro, Trustee
                                                           25925 Telegraph Road
                                                           Suite 203
                                                           Southfield, MI 48033
                                                           (248) 352-4700